

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00442-CV

**ECO-STIM ENERGY SOLUTION, INC.,**
Appellant

v.

**VP SALES & COMPANY, L.P.,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 18-09-58741-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant has filed proof it has paid the fees due to the Jim Wells County District Clerk for preparation and filing of the clerk's record. We therefore **order** R. David Guerrero to file the clerk's record in this appeal by **August 19, 2019**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court